IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VERLON FINCHER                                                         PLAINTIFF

v.                               No. 3:19-cv-244-DPM

LAUBACH FREIGHT AGENCY, INC.,
and CRAIG LAUBACH                                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2021